AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Jerome B. Reed
Plaintiff

V.

Thomas Carrol warden
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 - 795

I, Jerome B. Reed, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned
19977

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  D.C.C. 1181 Paddock Road Smyrna DEL

   Inmate Identification Number (Required):  00318410

   Are you employed at the institution?  NO   Do you receive any payment from the institution?  ___

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   ☒ No

   a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | ☒ No |
   | b. | Rent payments, interest or dividends | • • Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | ☒ No |
   | d. | Disability or workers compensation payments | • • Yes | ☒ No |
   | e. | Gifts or inheritances | • • Yes | ☒ No |
   | f. | Any other sources | • • Yes | ☒ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?   • • Yes   ☑ No

   If "Yes" state the total amount $ _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   • • Yes   ☑ No

   If "Yes" describe the property and state its value.

   N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_12-30-06_    _Jerome B. Reed_
DATE                SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD

TO: Mrs. Tonya Smith
Support Services Manager
Delaware Correctional Center
Smyrna, Delaware 19977

DATE: 12-12, 06

FROM: _Jerome B. Reed_    00318410
Inmate Name (Please Print Name)    SBI #

--- I HEREBY CERTIFY ---

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six-month period. Please forward same to me.

_Jerome B. Reed_
Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)

# Certificate of Service

I, _Jerome B. Reed_, hereby certify that I have served a true and correct cop(ies) of the attached: _civil complaint_ _____ upon the following parties/person (s):

TO: _clerk office_  
_U.S. District Court_  
_Lockbox 18_  
_844 N. King Street_  
_Wilmington, DE, 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _30_ day of _December_ , 2006

_Jerome B. Reed_

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06-795

TO: _Jerome Reed_ SBI#: _318410_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _December 13, 2006_

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _June 1, 2006_ to _November 30, 2006_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | 30.36 |
| July | 20.82 |
| Aug | 8.69 |
| Sept | 12.99 |
| Oct | 14.26 |
| Nov | 19.36 |

Average daily balances/6 months: _17.75_

Attachments
CC: File

_Stacy Shane_
12/13/06

_[signature]_
12/13/06

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __17.68__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __(-1.26)__

I further certify that during the past six months the applicant's average monthly balance was $ __17.75__ and the average monthly deposits were $ __40.00__.

__12/13/06__                __Stacy Shane__
Date                        Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-D.C.C.

DEC 1 3 2006

SUPPORT SERVICES MANAGER

Date Printed: 12/13/2006

# Individual Statement
## For Month of June 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.03 |
|---|---|---|---|---|---|---|
| 00318410 | Reed | Jerome | | | | |
| Current Location: | 21 | | Comments: QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($4.20) | $4.03 | 272723 | | 5/23/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($3.27) | $4.03 | 272724 | | 5/23/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.78) | $4.03 | 273746 | | 5/15/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($4.05) | $4.03 | 273749 | | 5/15/06 | |
| Supplies-MailP | 6/5/2006 | ($2.79) | $0.00 | $0.00 | $1.24 | 274610 | | 4/13/06 | |
| Supplies-MailP | 6/5/2006 | ($1.07) | $0.00 | ($4.03) | $0.17 | 274609 | | 4/13/06 | |
| Supplies-MailP | 6/5/2006 | ($0.17) | $0.00 | ($1.11) | $0.00 | 274751 | | 5/23/06 | |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 277432 | | 5/25/06 | |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | $0.00 | $0.00 | 277433 | | 5/25/06 | |
| Mail | 6/12/2006 | $25.00 | $0.00 | $0.00 | $25.00 | 278225 | 10028660466 | | W. REID |
| Canteen | 6/15/2006 | ($8.77) | $0.00 | $0.00 | $16.23 | 279798 | | | |
| Mail | 6/21/2006 | $60.00 | $0.00 | $0.00 | $76.23 | 282265 | 55474137928 | | L. HANCOCK |
| Canteen | 6/29/2006 | ($19.93) | $0.00 | $0.00 | $56.30 | 285009 | | | |

Ending Mth Balance: $56.30

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.26)

# Individual Statement

Date Printed: 12/13/2006

Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $56.30 |
|---|---|---|---|---|---|---|
| 00318410 | Reed | Jerome | | | | |

Current Location: 21    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/6/2006 | ($19.73) | $0.00 | $0.00 | $36.57 | 288392 | | | |
| Canteen | 7/13/2006 | ($19.92) | $0.00 | $0.00 | $16.65 | 290945 | | | |
| Supplies-MailP | 7/19/2006 | ($2.79) | $0.00 | $0.00 | $13.86 | 293817 | | 5/25/06 | |
| Supplies-MailP | 7/19/2006 | ($1.11) | $0.00 | $0.00 | $12.75 | 293816 | | 5/25/06 | |
| Supplies-MailP | 7/19/2006 | ($3.27) | $0.00 | $0.00 | $9.48 | 294036 | | 5/23/06 | |
| Supplies-MailP | 7/19/2006 | ($4.03) | $0.00 | $0.00 | $5.45 | 294035 | | 5/23/06 | |
| Supplies-MailP | 7/19/2006 | ($0.78) | $0.00 | $0.00 | $4.67 | 294243 | | 5/15/06 | |
| Supplies-MailP | 7/19/2006 | ($4.05) | $0.00 | $0.00 | $0.62 | 294244 | | 5/15/06 | |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.59) | $0.62 | 295884 | 10/4/05 | LAW LIBRARY | |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.16) | $0.62 | 295917 | 1/14/06 | LAW LIBRARY | |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.16) | $0.62 | 295919 | 1/12/06 | LAW LIBRARY | |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.52) | $0.62 | 295928 | 2/9/06 | LAW LIBRARY | |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.68) | $0.62 | 295951 | 4/12/06 | LAW LIBRARY | |

Ending Mth Balance: $0.62

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.26)

# Individual Statement

## For Month of August 2006

Date Printed: 12/13/2006                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.62 |
|---|---|---|---|---|---|---|
| 00318410 | Reed | Jerome | | | | |

Current Location: 21    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 8/10/2006 | $30.00 | $0.00 | $0.00 | $30.62 | 304498 | 55514515045 | | L. HANCOCK |
| Supplies-MailP | 8/11/2006 | ($0.59) | $0.00 | $0.00 | $30.03 | 305317 | 10/4/05 | LAW LIBRARY | |
| Supplies-MailP | 8/11/2006 | ($0.16) | $0.00 | $0.00 | $29.87 | 305336 | 1/12/06 | LAW LIBRARY | |
| Supplies-MailP | 8/11/2006 | ($0.16) | $0.00 | $0.00 | $29.71 | 305335 | 1/14/06 | LAW LIBRARY | |
| Supplies-MailP | 8/11/2006 | ($0.52) | $0.00 | $0.00 | $29.19 | 305343 | 2/9/06 | LAW LIBRARY | |
| Supplies-MailP | 8/11/2006 | ($0.68) | $0.00 | $0.00 | $28.51 | 305359 | 4/12/06 | LAW LIBRARY | |
| Canteen | 8/17/2006 | ($19.67) | $0.00 | $0.00 | $8.84 | 307875 | | | |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($1.83) | $8.84 | 310130 | | 8/20/06 | |
| Canteen | 8/24/2006 | ($8.80) | $0.00 | $0.00 | $0.04 | 310308 | | | |

Ending Mth Balance: $0.04

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.26)

# Individual Statement

## For Month of September 2006

Date Printed: 12/13/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.04 |
|---|---|---|---|---|---|---|
| 00318410 | Reed | Jerome | | | | |

**Current Location:** 21    **Comments:** QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 9/7/2006 | $50.00 | $0.00 | $0.00 | $50.04 | 316424 | 5569287295 | 8/20/06 | L. HANCOCK |
| Supplies-MailP | 9/8/2006 | ($1.83) | $0.00 | $0.00 | $48.21 | 317215 | | | |
| Canteen | 9/14/2006 | ($39.42) | $0.00 | $0.00 | $8.79 | 319726 | | | |
| Canteen | 9/19/2006 | ($8.28) | $0.00 | $0.00 | $0.51 | 321132 | | | |

**Ending Mth Balance:** $0.51

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.26)

# Individual Statement

## For Month of October 2006

Date Printed: 12/13/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.51 |
|---|---|---|---|---|---|---|
| 00318410 | Reed | Jerome | | | | |
| Current Location: | 21 | | Comments: QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($3.03) | $0.51 | 329789 | | 10/3/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($3.03) | $0.51 | 329790 | | 10/3/06 | |
| Mail | 10/13/2006 | $25.00 | $0.00 | $0.00 | $25.51 | 332220 | 5553804791 | | L. HANCOCK |
| Mail | 10/13/2006 | $10.00 | $0.00 | $0.00 | $35.51 | 332221 | 4916026 2635 | | T. GIBBS |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($3.03) | $32.48 | 333815 | | 10/11/06 | |
| Supplies-MailP | 10/20/2006 | ($3.03) | $0.00 | $0.00 | $29.45 | 336122 | | 10/11/06 | |
| Supplies-MailP | 10/20/2006 | ($3.03) | $0.00 | $0.00 | $26.42 | 336149 | | 10/3/06 | |
| Supplies-MailP | 10/20/2006 | ($3.03) | $0.00 | $0.00 | $16.45 | 336148 | | 10/3/06 | |
| Canteen | 10/24/2006 | ($9.97) | $0.00 | $0.00 | $16.45 | 337165 | | | |
| Mail | 10/27/2006 | ($10.00) | $0.00 | $0.00 | $6.45 | 338805 | 4916026 2635 | CORRECT 10/13 | |

Ending Mth Balance: $6.45

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.26)

# Individual Statement

Date Printed: 12/13/2006

Page 1 of 1

## For Month of November 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.45 |
|---|---|---|---|---|---|---|
| 00318410 | Reed | Jerome | | | | |
| Current Location: | 21 | | Comments: QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.39) | $6.45 | 340587 | | LAW LIBRARY 7/6/06 | |
| Supplies-MailP | 11/3/2006 | ($0.39) | $0.00 | $0.00 | $6.06 | 342465 | | LAW LIBRARY 7/6/06 | |
| Canteen | 11/8/2006 | ($6.00) | $0.00 | $0.00 | $0.06 | 343286 | | | |
| Mail | 11/9/2006 | $30.00 | $0.00 | $0.00 | $30.06 | 345059 | 5604896536 | | L. HANCOCK |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.59) | $30.06 | 347975 | | 11/13/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($4.20) | $30.06 | 348080 | | 11/7/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.59) | $30.06 | 348081 | | 11/7/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.59) | $30.06 | 348084 | | 11/7/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.59) | $30.06 | 348085 | | 11/7/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.59) | $30.06 | 348087 | | 11/7/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.63) | $30.06 | 348088 | | 11/7/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.59) | $30.06 | 348090 | | 11/7/06 | |
| Canteen | 11/21/2006 | ($12.38) | $0.00 | $0.00 | $17.68 | 348895 | | | |

Ending Mth Balance: $17.68

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.26)