(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Jerome B. Reed 00318410
(Name of Plaintiff)      (Inmate Number)

D.C.C.
1181 Paddock Road Smyrna DEL
(Complete Address with zip code) 19977

(2) Jerome B. Reed 00318410
(Name of Plaintiff)      (Inmate Number)

1181 Paddock Road Smyrna DEL
(Complete Address with zip code) 19977

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Officer E. Ebwelle
(2) S.G.T. R. Cain
(3) Officer J. MacCarroll
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06-795
(Case Number)
(to be assigned by U.S. District Court)

CIVIL COMPLAINT



Scanned
IFP

• • Jury Trial Requested

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

I Don't Rember The case number on that last lawsuit in Federal court, but the Judge name was G.M.S. Year of Lawsuit Jan 2002, and it was on Doctor Burns at S.C.I. and A officer, for got his name.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • •(Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? _I Filed A Grievance Form and to one or Two Letters to Food service See EX-C_

2. What was the result? _none of the Follown answer. it's Ben 2½ month since September 18, 2006_

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Officer E. EBWELLE_

Employed as _CORR Officer_ at _D.C.C. CORR. Center_

Mailing address with zip code: _1181 Paddock Road Smyrna Delare 19977_

(2) Name of second defendant: _S.G.T. R. Cain_

Employed as _S.G.T._ at _D.C.C. CORR. Center_

Mailing address with zip code: _1181 Paddock Road Smyrna Delare 19977_

(3) Name of third defendant: _Officer J. MacCarroll_

Employed as _CORR Officer_ at _D.C.C. CORR. Center_

Mailing address with zip code: _1181 Paddock Road Smyrna Delaware 19977_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On August 22, 2006 D.C.C. main Kitchen For the inmates. The main Kitchen that prepare the inmates. Breakast, Lunch, Dinner, and the inmates thas on the Deit trays. This clime is about inmate Jerome B. Reed Being Denied Breakast and some Lunch and Dinner trays which this issue is

2. support it By D.C.C. correction officers. on All three sheifs. please see officer's name For support in this mater as EX-A- and Dates of meals Being Denied By D.C.C. main Kitchen as EX-B- there is other inmates haveing this same proublem. But Dont want to File paper work

3. on this mater. D.C.C. anned as A mater of Law, and abused inmate Jerome B. Reed Rights to 3. Full meals A Day. please see Answer two number 3 next page as EX-3. on inmate Grievants.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like for the count two onden Bain and suffering and Avend me 15 Fifteen thousand Dollars in Bain and suffering

3

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30__ day of __December__, _2006_.

_Jerome B. Reed_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



on "on" about September-10-2006 I Jerome B. Reed Filed his inmate Grievant and contacted D.C.C. Food Service By in house mail which went unanswer with out questions. all the meals Being sent To the max Building are counted for how ever when the tray's come two the inmates cell each inmate gets one tray. if one of the inmate's is on A Diet tray thas the tray you get. if your Diet is missing food off the tray the officer well call the main Kitchen about your tray only to Be Told That. what ever is on that Diet tray thas all he gets. again There are A LOT of Times the Diet tray Did not have any thing on the tray AT all. The Diet tray Be Rapt up with nothing in it. and the inmate Just Don't Eat any thing that Day "or" night and it Goes with out questions. please see EX-B- For the DAtes inmate Jerome B. Reed was Denied meals and on tham same DAtes inmate Reed was missing more then 1/2 of his meals off his tray. again please see EX-A- For Support and the name's of the corr officers who witness Jerome B. Reed trays on the Dates on EX-B-. Before I was move to the max Building 21, I was in the minimum Biulding thas ware all the inmate's can Go To the masHall and get there own tray. and when I got my Diet tray and There was Food missing off my tray I'll take that Diet tray and put it in the Return tray window and get A Regler tray with Food on it. one Day the Kitchen officer gave me A Right up for that tray. please see the Disciplinary change as EX-D-. Two weeks Later I was takeing to the hall for two weeks and then sent to max Biulding 21, which now I get cold meals if any at All.

EX-3  1-2



on 9-2-06 I Fo'le A Grievant on This matter and as of 12-30-06 my Grievant Stell have not Ben answered which D.C.C. inmate Grievant Take about 6 To 8 month or Longer. 8-4-06 I sent Food service A Request about This matter nothing was Done. 11-5-06 So I Talke To The nurs about how can I have my Diet Tray stop coming and get A Reglen Tray She Told me To put in For sick call. I Did That The Same Day. as I Stated above about The inmates Grievant medical is The same you put in For sick call, and you want see any one For about 3 or 4 weeks and Then The nurs will call you Just To ask you what is Roung. Then aFTer you Tell She will say ok I'm puting you in To see The Doctor, which That Takes Anothe 3 or 4 weeks. However I Do not wish To stop my Diet Tray I Dont have A Chice I either stop my Diet Tray For Reglen or Starve. please see copy of Grievant and Request To Food service as EX-C., and Also the sick call slip From Jerome Reed To asking The Doctor To Take me oFF The Diet Tray and To see me about Bees Bain's I haveing in my chast Please see sick call as EX-E.

officer that witness inmate Jerome B. Reed Diet Tray that came two him with more then ½ of his meals missing "OR" no know meal came for Reed at all.

(corrections officer's names and shief they work on)

| | First Sheif | Second Sheif | Third Sheif | |
|---|---|---|---|---|
| Officer | MacCarroll. J | | Officer E. Ebwelle | |
| S.G.T. | R. Cain | | | |

EX-A

| Date | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 10-30-06 | cold "Thas it" Spoon Full Grits, one milk | "Denied" | OKAY |
| 10-31-06 | cold "Thas it" one pancake milke | cold "Thas it" one peic of meet No Bread | OKAY |
| 11-1-06 | Spoon Full Grits milke | Tuna Fish no Bread Salad | cold "Thas it" one meet Ball no Bread |
| 11-2-06 | "OKAY" | "Denied" | Denied |
| 11-3-06 | "Denied" | "OKAY" | cold "Thas it" Fish no Bread |
| 11-4-06 | "Denied" | "OKAY" | "Denied" |
| 11-5-06 | cold "Thas it" one French Toast | cold one ham Bauger no Bread | "OKAY" |
| 11-6-06 | cold "Thas it" one spoon Ful oatmeal | "Denied" | cold "Thas it" meet Loaf no Bread |
| 11-7-06 | one pancake milke | Tuna no Bread | "OKAY" |
| 11-8-06 | "Denied" | "OKAY" | "OKAY" |
| 11-9-06 | cold "Thas it" one French Toast milke | cold "Thas it" one chicken Lease no Bread | cold "Thas it" one meet Ball no Bread |
| 11-10-06 | cold "Thas it" one spoon of Grits milke | one Burger no Bread | OKAY |
| 11-11-06 | one pancake milke | "OKAY" | "OKAY" |
| 11-12-06 | "Denied" | cold chicken Patty no Bread | "OKAY" |
| 11-13-06 | "Denied" | cold "Thas it" one small cup of tuna one Bread one milke "Thas it" | cold "Thas it" one chicken no Bread |
| 11-14-06 | cold "Thas it" one spoon of Grits | Penut Butter no Bread no Jelly | "OKAY" |
| 11-15-06 | "Denied" | cold "Thas it" one chicken Breas no Bread | "Denied" |
| 11-16-06 | cold "Thas it" one spoon of oatmeal | "Denied" | "OKAY" |
| 11-17-06 | Food Servic Stop Diet may 12/17/06 | | |
| 11-18-06 | AT my Requset. | | |
| 11-19-06 | | | |
| 11-20-06 | | | |
| 11-21-06 | | | |
| 11-22-06 | | | |
| 11-23-06 | | | |

EX-B

To. Food Services            8-4-06

From: Jerome B. Reed
00318410
Building 23, A-L-8

    I am writeing you to ask you can you please check on the meals that the Kitchen is prepareing, the Diet tray are not Being prepared Like they supost to. I always have more then ½ of my 18 calories is missing or not at 24, Kitchen at all. please Look into this mater some Breakfast and Lunch I Dont Eat at all Becouse of this

V-T. Y
Jerome Reed

EX-C-

State of Delaware         )                    Affidavit of: _____
                          ) SS.                Dated: _____
County of New Castle      )

## AFFIDAVIT

I, **Jerome B. Reed**, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in _____ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

I Jerome Reed sworn that the statement made by me on this civil complaint that the foregoing is true

Affiant: _Jerome Reed_
        Signature

Jerome Reed
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this **22** day of **December**, 2006

My Commission Expires: **6-17-2008**

_____
Notary Public

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Name (Print): Jerome B. Reed
Housing Location: Building 23, A-L-8
Date of Birth: 12-10-67
SBI Number: 00318410
Date Submitted: 8-10-06

Complaint (What type of problem are you having)?

Can you please have me taking off this Diet tray, I'm not getting my calories every time I go get my tray there is more then 1/2 of my Food missing or the Kitchen Don't have my tray or the tray Don't have know food on the tray AT ALL, I also need to see you for the pains I'm haveing in my chest

Inmate Signature: Jerome B. Reed
Date: 8-10-06

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

EX-E

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/09/2006

# SUMMARY DISCIPLINARY REPORT

The following sanctions were imposed by Summary Disciplinary Action on the indicated:

Offender Name: REED, JEROME B   SBI#: 00318410

Institution: DCC Delaware Correctional Center   Location: Bldg.24 Chow Hall B

Sanction Start Date: 9-9-06   Time: 1215   End Date: 9-10-06   Time: 1215

Violation Description: 036. 2.06/200.108 Failing to Obey an Order

Sanctions Imposed: Loss of All Privileges/24 Hrs

INMATE'S SIGNATURE
REED, JEROME B

STAFF WITNESS' SIGNATURE
Welcome, Michael

Page 1 of 1

EX-B

| Disciplinary# | DCC Delaware Correctional Center | Date: 09/09/2006 |
|---|---|---|
| 1027282 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | |

## DISCIPLINARY REPORT

**Disciplinary Type:** Summary  **Housing Unit** Bldg 23  **IR#:** 1035452

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00318410 | Reed, Jerome B | DCC | Bldg.24 Chow Hall B | 09/09/2006 | 12:15 |

**Violations:** 2.06/200.108 Failing to Obey an Order

**Witnesses:** 1. Jones, Stanley    2. N/A    3. N/A

### Description of Alleged Violation(s)

On The Above Date And Time, I, Fssi Ayers, Was Observing The Service Of The Lunch Meal. At The Approximate Time Stated Above, Im Mccoy, Reedy, 00140172 Placed His Id In The Juice Window To Retrieve His Diet Meal. Several Trays Later Im Reed, Jerome 00318410 Placed His Id In The Juice Window To Retrieve His Diet Meal. Both Of These Inmates Had Regular Food Trays In Their Hand When Placing Their Id'S In The Window. I Got The Attention Of The Officer In The Chow Hall Sgt Stanley Jones, And Asked If Either Of These Inmates Had Regular Trays, To Which He Responed In The Negative. I Then Got The Two Diet Meals Ready To Be Put Out The Window After The Seving Line Had Completed. Before I Did That, Sgt Jones Advised That Im Mccoy, Reedy Did Have A Regular Meal. I Then Advised Him That They Do Not Get Both, Its Either One Or The Other, And He Went To Talk To Im Mccoy. The Diet Meals Were Set Out The Juce Window, Picked Up By The Inmates And Then Placed In The Tray Return Window Untouched. Once The Chow Hall Was Empty And Ready For Cleaning, I Opened The Door And Was Told By Sgt Jones That Im Reed, Jerome Also Had A Regular Meal Waiting At His Table (Reed Was Standing Near The Juice Window Waiting For His Diet Meal When I Made The Inquiry).

**Reporting Officer:** Ayers, Shaneta (Shift Commander - Small Inst.)

### Immediate Action Taken

**Immediate action taken by:** Ayers, Shaneta - Shift Commander - Small Inst.

24 Hour Loap.

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** [x]    **Disapproved:** [ ]    **Approved By:** Welcome, Michael (Staff Lt./Lt)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 09/09/2006    **Time:** 13:46    **Received From:** Mason, Kimberly

**Shift Supervisor Determination:**

[X] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for 24 hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Welcome, Michael (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** Welcome, Michael    **Offender:** Reed, Jerome B

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.                                   DATE: 9-10-06

GRIEVANT'S NAME: Jerome B. Reed      SBI#: 00318410

CASE#: _____                   TIME OF INCIDENT: 9-10-06

HOUSING UNIT: Building 23, A-L-8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 8-4-06, I sent food service a not about my Diet tray the food is alway cold and food missing off my tray, however food service is not doing any thing about this matter so I'm Fileing this Grievance in hope that somthing Be Done soon. The Doctor order 18 calories 3 times a day, which I'm not geting I'm geting leas then that can you please look into this matter Sometimes I Dont get any meal at all,       Thank you

ACTION REQUESTED BY GRIEVANT: _____

GRIEVANT'S SIGNATURE: Jerome Reed         DATE: 9-10/06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

I/M Jerome B. Reed
SBI# 00318410  UNIT 21, C-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



$04.20
DEC 26 2006
MAILED FROM ZIP CODE 19977

Legal
Mail

To. The Clerk office
U.S. District Court Lockbox 18
844 N. King Street
Wilmington, Delaware
19801



U.S.M.S.
X-RAY