To. Court Clerk         12-22-06

From: Jerome B. Reed
S.B.I. 00318410
Building 21, C-L-6
D.C.C.
1181 Paddock Road
Smyrna DEL, 19977

06-795



I am writing you this note to let you know that I ask the LawLibaray if this was fill out right and they said it was. I Dont Know what I'm doing and dont have any one to help me, please see EXHiBiT-A- for support in the Mater that I dont have any one to help me in This mater, I also would like to Know if I can get A Attorney to help me with this complaint,

P.S. can you please send me A copy of EXHiBT-A- Back To Me Thas my only copy I have. I could not send EX.BT-A- to the LawLibaray for copy of there note. Because they would not send it Back once they seen I was going to use it on Tham please send copy Back

Thank you                    V-T-Y.
                             Jerome Reed

paralegal

TO: Jerome Reed
    Building 21

RE: Research On

Fr: Christopher R. Desmond Paralegal Reply

Date: 11-13-06

Dear Mr. Reed

    We do not send people to Building 21 to answer questions because we'll not allowed so therefore your have to pose your questions on paper and we will answer them best we can.

 As for a 1983 action you would be the plaintiff and the people your suing are the defendants you would then proceed to state how each defendant violated your constitutional rights. And why your entitled to be awarded money or other relief by that violation.

 Mr Reed I hope this will satisfy your request for information on this matter.

                                Truly Yours
                                chirs Desmond

Page 1 oF 2
EXHIBIT -A-

GENERAL REQUEST FORM    BLD. # 21
                        Cell # C-L-66

*Please send Blank paper For my Brief and motion*
*Thank you*

This request should be used to request general information, case law and/or photocopies from the Law Library. Case Law is issued from the Law Library on a 5 for 5 basis. Photocopy requests will be honored for Legal items only. Any items deemed non-legal will need to be forwarded to the Business Office along with a Pay-To for .25 per page.

(1. Can you please send me *5 case LAWS that inmates win in small climes court For Being Denied there meals one of the case LAW I hope you can Fine For me is Jimmy Walters V. State DEL. if you cant Fine that one Please send somthing To support This issue. Did not find any cases about Denied meals or Jimmy Walters

(2. I also need A SMALL climes Form 1983 please send *3 FORMS.

(3. I also need all The Address To The A.C.L.U.
100 W. 10th Street suite 309 Wilmington Delaware 19801

(4. Can some one come From The LAW Libarary and Tell me what Two Do I Dont Know what I'm Doing or how To Do it I never File A 1983 Form BeFor. (NO)

For EXHiBiT -A-→

Name Jerome Reed    S.B.I. 318410    Date: 11/10/06

Date Received: RECEIVED    Pay-to Log # _____
Date Sent       NOV 13 2006    Staff Initials: _____

Staff Notes: _____

EXHiBiT-A
page 2-OF-2