To. Dear Judge Gregory M. Sleet

2007 JAN 31 AM 11:0

1-24-07

From Jenome B. Reed
S.B.I. 00318410

Civil Action No. 06-795 GMS

I am writeing you to inform you that I am not going to Be Able To Pay For my Fileing Fee. my grandmom is sick and she is the only one that send me money She Go in the Hosptl Feb 6, 07 I Don't Know what To Do I Don't whont To Loos my ~~suite~~ Civil suite. can you Please give me some more Time, This is why I File A in Forma paupen's please I Don't whont To Loos This complaint

1-24-07

You can call my grandmom For info on This mater her name is Louise Hancock (302) 628-1590
Address
12-Pleasant Street
Seaford DEL 19973,

V.T.Y
Jerome Reed

$00.39
JAN 25 2007
MAILED FROM ZIP CODE 19977

2007 JAN 31 AM 11:0

I/M Jerome B. Reed
SBI# 00318410   UNIT 24 C-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

To: District court Clerk
United States District court
844 N. King Street, Lock box 19 #
Wilmington, DEL
19804