IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME B. REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-795-GMS |
| ) | |
| OFFICER E. EBWELLE, SGT. R. ) | |
| CRAIN, and OFFICER J. MACCARROLL ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, the plaintiff Jerome B. Reed ("Reed") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, the court granted Reed leave to proceed *in forma pauperis*, and on January 4, 2007, entered an order requiring Reed to complete and return an authorization form allowing the agency having custody of him to forward the initial partial filing fee and subsequent payments to the Clerk of the Court (D.I. 5);

WHEREAS, the order advised Reed that failure to provide a complete authorization inform within thirty days would result in the dismissal of the case (D.I. 5);

WHEREAS, on January 31, 2007, Reed filed a motion for extension of time to pay the filing fee on the basis that only his grandmother gives him money and she is currently hospitalized (D.I. 6);

THEREFORE, at Wilmington this 20th day of February, 2007, IT IS ORDERED that the motion for extension of time (D.I. 6) is GRANTED. Reed is given an additional thirty days from the date of this order to submit a complete authorization form and to

comply with the January 4, 2007 order. (D.I. 5.) No further extensions will be granted.

**Reed is placed on notice that his case may be dismissed if the authorization form is not filed within the thirty day time period.**

_____
UNITED STATES DISTRICT JUDGE

FILED

FEB 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE