IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME B. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-795-GMS |
| | ) | |
| OFFICER E. EBWELLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, the plaintiff Jerome B. Reed ("Reed"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on January 4, 2007, this court entered an order granting Reed leave to proceed *in forma pauperis* and requiring Reed to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 5);

WHEREAS, on February 20, 2007, Reed was given an additional 30 days to submit a complete authorization form (D.I. 7);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Reed;

THEREFORE, at Wilmington this 9th day of April, 2007, IT IS HEREBY ORDERED that Reed's complaint is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

FILED

APR 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE